UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BLAZEK GLASS S.R.O., F/K/A BLAZEK SKLO PODEBRADY S.R.O, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>TOP NOTCH WELLNESS CO., ET AL.,<br><br>Defendant. | Civil No. 11-cv-1714 (JNE/TNL)<br><br>**MEMORANDUM OPINION & ORDER** |

This matter is before the Court, Magistrate Judge Tony N. Leung, on Plaintiff Blazek Glass s.r.o.'s ("Blazek") Motion to Lift the Stay and Set a Scheduling Conference (Docket No. 44). Defendants Top Notch Wellness Company, Richard Lloyd-Roberts, and Colleen Lloyd-Roberts do not oppose Blazek's Motion, but request several weeks to evaluate the reexamined patents and engage in meaningful settlement discussions before setting a schedule. (Docket No. 50.)

Based on the foregoing, and all the files, records, and proceedings herein, Blazek's Motion is **GRANTED**, and **IT IS HEREBY ORDERED** that

1. The stay on the instant action is lifted;

2. The parties shall file a joint status letter on ECF on or before April 30, 2013, informing the Court of the progress of their settlement discussions; and

3. This litigation shall proceed in accordance with the Order for Amended Pretrial Scheduling Conference filed contemporaneously with this Order;

1

4. All prior consistent orders remain in full force and effect; and

5. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation:  assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Date:  April 2,  2013                                      *s/ Tony N. Leung*
                                                           Tony N. Leung
                                                           United States Magistrate Judge
                                                           District of Minnesota

                                                           *Blazek et al. v. Top Notch Wellness Company et al.*
                                                           File No. 11-cv-1714 (JNE/TNL)