AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Blazek Glass s.r.o, f/k/a J. Blazek SKLO Podebrady s.r.o., and Mr. Dalibor Blazek,

                      Plaintiffs,

V.

Top Notch Wellness Company, Richard Lloyd-Roberts d/b/a Top Notch Wellness Company, and Colleen Lloyd-Roberts d/b/a Top Notch Wellness Company,

                      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:   11-1714 (JNE/TNL)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Unopposed Motion to Dismiss with Prejudice [Docket No. 61] is GRANTED.

2. This action is DISMISSED WITH PREJUDICE.

| October 30, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/  M. Price |
| | (By)      M. Price   Deputy Clerk |